# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICKIE GREEN**
**ADC #117055**                                                                              **PLAINTIFF**

**V.**                              **No. 5:09CV00173 JMM-BD**

**D. GORDEN,** *et al.*                                                                **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to dismiss this case (docket entry #7). In the motion, Plaintiff states that he no longer seeks to "proceed" with the lawsuit, and asks that the case be dismissed. For good cause shown, the motion (#7) is GRANTED. Plaintiff's claims are dismissed without prejudice pursuant to Fed R. Civ. P. 41(a)(1). The pending Partial Report and Recommendation (#3) is now moot.

IT IS SO ORDERED this __8__ day of __July__, 2009.

_____
UNITED STATES DISTRICT JUDGE