# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RICKIE GREEN**
**ADC #117055**                                                                          **PLAINTIFF**

**V.**                              **No. 5:09CV00173 JMM-BD**

**D. GORDEN,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this  8   day of   July , 2009.


_____
UNITED STATES DISTRICT JUDGE